IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DARRELL WAYNE BUMPAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:13-cv-378 |
| ) | |
| STATE OF TENNESSEE MENTAL HEALTH ) | Judge Campbell |
| INSTITUTE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Plaintiff Darrell Wayne Bumpas has filed a *pro se* complaint in this action (ECF No. 1), seeking compensatory and punitive damages under 42 U.S.C. § 1983 based on alleged violations of his constitutional rights. Presently pending is the plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs. (ECF No. 2.) Because it is apparent from his submission that the plaintiff lacks sufficient financial resources from which to pay the full filing fee in advance, the application (ECF No. 2) is **GRANTED**.

Having granted the plaintiff leave to proceed as a pauper, the Court must also conduct an initial review of the complaint pursuant to 28 U.S.C. § 1915(e)(2), and must dismiss the complaint *sua sponte*, prior to service upon the defendants, if the Court finds that the complaint fails to state a colorable claim under § 1983 against any of the defendants named in the complaint. As set forth in the accompanying Memorandum Opinion, the Court finds that the complaint fails to state a claim for which relief may be granted as to any of the defendants named in the complaint. The complaint is therefore **DISMISSED** with prejudice, in its entirety, pursuant to 28 U.S.C. § 1915(e)(2)(b)(ii).

It is so **ORDERED**.

*Todd Campbell*
Todd Campbell
United States District Judge